Exhibit A

| | | |
|---|---|---|
| POLICE | **Minutes of Hearing-Complaint** | |
| Cantonale vaudoise | By Sgt. Duperrex 3766 | Starting at: 11:50AM |
| | | |
| GENDARMERIE | | |
| **Centre de la Blécherette 1012 Lausanne** | Precinct / Brigade: CIR Centre / 002 | 15 November 2012 |

| | | |
|---|---|---|
| /__/ Info-Centre Pol. Cant. | Ref.: | Visa: |
| | Recipient | Decision RJ..... by:.... |
| Case.: | /__/ MPAL | Name: |
| | Copy to: | /__/ Info-Centre |
| | /__/ | Attribution to: |
| | /__/ | /__/ Security Police |
| Not Needed: | /__/ | /__/ Gendarmerie |
| | | Appendix (s) /__/ |

The undersigned:                                      /X/ Party in civil matters
Last name: JOMMI
First name: Berta          Sex: F          /X/ filing of a criminal complaint
Last name at birth: JOMMI
Born on: 3 June 1940     at: Milan / Italy          /X/ LAVI
From: Geneva / GE
Occupation: Psychotherapist          /X/ Information on the Rights
Residing at: 1003 Lausanne, rue Beau-Séjour 24
Tel.: / Email: 021/3114550          /X/ Waiver of preliminary pleading fees
Verified identity: /X/ yes          /__/ no

/__/ act as a qualified representative of:
/__/ Notification address in Switzerland at the following address:
/__/ act as legal representative of:

Date: 15 November 2012          Signature Illegible

Nature of the offense: Defamation
Date and time of the offense: from 14 October 2012 to this day
Location of the offense: Internet
Assurances: unspecified

Statement of Complainant-Victim**: I am filing a criminal complaint for the following reasons:**
I am aware of my rights and obligations and file a complaint to explain the following:
Yesterday, Wednesday 14 November 2012, I heard from a patient that an article about me had been published probably in Mid-October on GOOGLE. Last night, the article was still on GOOGLE. In fact, the article states that I committed professional misconduct and a breach of the Code of Ethics.
I assume that this article was written and published on the web by a person who wants to hurt me because I was the therapist of his spouse in 2004 and 2005, after a report to the police by a member of my patient's family.
In fact, the report was about potential sexual abuse of the elder of the couple's daughters, aged 3 and half at the time of the incident.
The SPJ was involved in this matter I believe that the case closed.

D.1. Are any suspicious?
PCV 112

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of | Case No.: |
| BERTINA JOMMI, | **AFFIDAVIT OF** |
| Petitioner, | **FRANCOIS AVENAS** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Wordpress.com and Automattic, Inc. for Use in Foreign Proceedings. | |

I, FRANCOIS AVENAS, hereby certify that I translated the attached document, a criminal complaint to the Lausanne police dated November 15, 2012, from French to English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____

FRANCOIS AVENAS

Sworn to before me this **30** th day of September 2013

_____
Notary Public



JOSE BETANCOURT
Notary Public, State of Texas
My Commission Expires
August 29, 2015

**Police** cantonale vaudoise

**Gendarmerie**
Centre de la
Blécherette
1014 Lausanne

## PROCES-VERBAL D'AUDITION-PLAINTE

établi par : Duperrex sgtm 3766

dès 1150 heures

Poste / Brigade : CIR Centre / 002 , le 15.11.2012

| | | |
|---|---|---|
| ☐ Info-Centre pol cant | Réf : | Visa : |
| Aff : | Destinataire : | Décision RJ ....... Date : ........... |
| | ☐ **MPAL** | Nom :.................................... |
| | Doubles à : | ☐ Classement Info-Centre |
| | ☐ | Attribution à : |
| | ☐ | ☐ Police de sûreté : ............... |
| No réquis : | ☐ | ☐ Gendarmerie : .................. |
| | | Annexe(s) ☐ |

| | |
|---|---|
| Le(La) soussigné(e) | ☑ se porte partie civile |
| Nom : JOMMI | |
| Prénom : Berta    Sexe : F | ☑ dépose une plainte pénale |
| Nom de naissance : Jommi | |
| Né(e) le : 03.06.1940    à : Milan / Italie | ☑ LAVI |
| Origine : Genève / GE | |
| Profession : psychothérapeute | ☑ information sur les droits |
| Domicile : 1003 Lausanne, rue Beau-Séjour 24 | |
| Téléphones / Email : 021/3114550 | ☑ renonce à participer aux actes de |
| Identité vérifiée : ☑ oui    ☐ non | procédure préliminaire |

☐ agit en tant que représentant(e) qualifié(e) de :
☐ désigne son domicile de notification en Suisse à l'adresse suivante :
☐ agit en tant que représentant légal de :

Date : 15.11.2012    Signature :

| | |
|---|---|
| Nature de l'infraction : | diffamation |
| Date et heure de l'infraction : | du 14 octobre 2012 à ce jour. |
| Lieu de l'infraction : | internet |
| Assurances : | indéterminée |

Déclaration du plaignant-victime : **Je déclare déposer plainte pénale pour les motifs suivants :**

j'ai pris connaissance de mes droits et obligations et dépose plainte en expliquant ce qui suit :

hier, mercredi 14.11.2012, j'ai appris par un patient qu'un article me concernant avait paru sur Google sauf erreur à la mi-octobre. Hier au soir, il y figurait toujours. En fait, c'est un article indiquant que j'ai commis une faute professionnelle et que j'ai également commis une violation de la charte de déontologie.

J'imagine que ceci a été créer et mis sur la toile par une personne qui veut me nuire car j'ai été la thérapeute de son épouse en 2004 et 2005, à la suite d'une dénonciation émise par des membres de la famille de ma patiente. En fait, cette dernière concernait de probables attouchements qui auraient été commis sur la fille aînée du couple âgée à l'époque des faits de 3 ans et demi.

Le SPJ était impliqué et sauf erreur cette affaire est actuellement terminée.

D.1. Avez-vous des soupçons ?

PCV 1.12



Exhibit B



**Ministère public de l'arrondissement de Lausanne**

**Suspension Order
Art. 314 CPP**

Ch. de Couvaloup 6
1014 Lausanne

N/ref.:
**Case** N° : PE13.000660-JMU
(à rappeler dans toute correspondance)

Date
23 May 2013

Investigation against an unknown for defamation
**Facts**

By letter dated 12 January 2013, Ms. Bertina JOMMI filed a complaint against an unknown person about a defamatory article about her on the site
http://fauteprofessionnellesuisse.wordpress.com/tag/jommi-bertina-a-lausanne-local-ch.

**Motivation**
The author of the article remains unknown and no further investigation would identify the person. Because the website to which the complainant refers is hosted in the United States, it is not possible to file a request to an international rogatory commission, because the United States does not grant assistance for offenses against honor. Therefore, the procedure must be suspended.

**Decision**
I. Criminal proceedings shall be suspended for an indefinite period.
II. Costs follow the event

Prosecutor, A.I.:
Signature illegible
Jeremie MULLER

Notification to:
Madame Bertina JOMMI
Rue Beau-Séjour 24, 1003 Lausanne

True copy to the original
The Clerk
Signature illegible

jmu/cte
OBJECTIONS
Pursuant to Art. 393 ss CPP, the decision above is admissible for objections. An objection against decisions must be filed within 10 days in writing and with a statement of grounds with the objections authority, Chambre des recours pénale du Tribunal cantonal. The costs of the appellate proceedings might be borne by the parties according to whether they are successful or not. (Art. 428 al. 1 CPP)

DISTRICT OF LAUSANNE AND WEST LAUSANNE REGION
Téléphone 021 3165700 Fax 021 3165701 CCP 10-1805-8
36200x

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of | Case No.: |
| BERTINA JOMMI, | **AFFIDAVIT OF** |
| Petitioner, | **FRANCOIS AVENAS** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Wordpress.com and Automattic, Inc. for Use in Foreign Proceedings. | |

I, FRANCOIS AVENAS, hereby certify that I translated the attached document, a suspension order dated May 23, 2013, from French to English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

FRANCOIS AVENAS

Sworn to before me this ___th day of September 2013

Notary Public


JOSE BETANCOURT
Notary Public, State of Texas
My Commission Expires
August 29, 2015



**MINISTERE PUBLIC
DE L'ARRONDISSEMENT DE
LAUSANNE**

Ch. de Couvaloup 6
1014 Lausanne

**ORDONNANCE DE
SUSPENSION
(art. 314 CPP)**

N/réf
**Dossier N° :** PE13.000660-JMU
(à rappeler dans toute correspondance)

Date
23 mai 2013

Enquête dirigée contre inconnu pour diffamation

### Fait(s) reproché(s)

Par courrier du 12 janvier 2013, Bertina JOMMI a déposé plainte contre inconnu en raison du fait qu'un article au contenu diffamatoire à son égard figurerait sur le site http://fauteprofessionnellesuisse.wordpress.com/tag/jommi-bertina-a-lausanne-local-ch.

### Motivation

Il ressort de la procédure que l'auteur des faits demeure inconnu et qu'aucune autre mesure d'instruction ne permettrait de l'identifier. Le site Internet auquel la plaignante fait référence étant hébergé aux Etats-Unis, il ne serait en particulier pas possible de faire une commission rogatoire internationale, puisque ce pays n'accorde pas l'entraide pour des infractions contre l'honneur. Dès lors, la présente procédure doit être suspendue.

### Décision

I.    La procédure pénale est suspendue pour une durée indéterminée.

II.   Les frais suivent le sort de la cause

Le Procureur a. i. :

Jérémie MULLER

Notification à :

Madame Bertina JOMMI
Rue Beau-Séjour 24, 1003 Lausanne

Copie conforme, l'atteste
Le greffier:
p.o. C. Reyraud

jmu/cte
RECOURS
En vertu des art. 393 ss CPP, la présente décision peut faire l'objet d'un recours. Celui-ci doit être motivé et adressé par écrit à la Chambre des recours pénale du Tribunal cantonal, dans un délai de 10 jours dès la notification ou la communication de la décision contestée. Les frais d'arrêt de la Chambre des recours pénale peuvent être mis à la charge du recourant (art. 428 al. 1 CPP).

DISTRICTS DE LAUSANNE ET DE L'OUEST LAUSANNOIS
Téléphone  021 316 57 00      Fax  021 316 57 01      CCP 10-1805-8

36200x

Exhibit C

# About Us



Automatticians in San Diego, California

WordPress.com is brought to you by some of the <u>same folks</u> who work on the open source blogging software available at <u>WordPress.org</u>.

Open source WordPress has been incredibly successful and risen from a handful of users to the most-used blog tool in its category. However, as easy-to-use as we could make the open source package, there was still a barrier in that it requires a hosting account, a database, FTP, and a whole alphabet soup of acronyms that make normal people like you and me dizzy.

We wanted to bring the WordPress experience to a larger audience. So we created WordPress.com, a hosted version of the open source package where you can start a blog in seconds without any technical knowledge. We're a bit of an underdog, as there are much larger hosted blogging services such as <u>Blogger</u> that have been out for years, but when WordPress.org got started people said the blog software market was saturated and there wasn't room for anything new. (The big players then were Greymatter and Movable Type.) We think we have something unique to bring to the table.

WordPress.com is under very active development, and we roll out updates almost every day. New features are driven by you so please use <u>our feedback form</u> to let us know what you want.

Almost everything on WordPress.com is free, and things that are currently free will remain free in the future, but we do offer paid a la carte upgrades for things like <u>custom design</u> and <u>custom domains</u>. How do we pay

WordPress.com                                    Themes    Support    Ne

We know there are a lot of places you could put your blog, and we'd be extra honored if you consider us. If you're a current user and you dig what we're doing, the best way you can help us out is to help a friend get set up as well. It also gives you more buddies for your blogroll. 🙂

## GET STARTED

[Create your own website](#)

An [Automattic](#) Joint

## DO MORE

- [Features](#)
- [Store](#)
- [Themes](#)
- [Developers](#)

## COMMUNITY

- [Support](#)
- [Forums](#)
- [WordCamps](#)
- [Blog at WordPress.com](#).

## COMPANY

- [Our Story](#)
- [Privacy](#)
- [Terms of Service](#)
- [Matt Mullenweg](#)

## FROM OUR BLOGS

- [Weekly Photo Challenge: Saturated](#)
- [Digging In the Dashboard, Part II: Features for Longform Posts](#)
- [Daily Prompt: A Bend in Time](#)
- [Choosing the Perfect Blog Name: Bring Me the Head of David Dixon](#)

Exhibit D

# AUTOMATTIC

1. **Home**    2. **About Us**    3. **News**    4. **Work With Us**

# Contact Us

For **press inquiries** or to download a logo, visit our Press page.

For **WordPress.com support** requests and billing issues, please contact our 24/7 support team.

For WordPress.com **VIP Hosting & Support Services** information please visit the VIP site.

For **complaints** (spam, abuse, legal, copyright, impersonation, slander, annoyance), please visit our Complaints page.

For **Akismet** requests or billing questions please contact the Akismet team.

To report WordPress.com **security** issues, or security issues with any Automattic product, see our Security page.

**Please do not use our voicemail, postal mail, or contact form for billing questions, support, or complaints.** They will be ignored unless you use the proper channels linked above.

Our voicemail is (877) 273-3049.

If you want to mail us something, please send it to:

Automattic, Inc.

If none of those are a good fit you can contact our general mailbox below, and should hear back within a few weeks.

YOUR NAME                          *Required*

YOUR EMAIL                         *Required*

URI OF YOUR BLOG

WHAT'S THIS ABOUT?                 *Required*

TELL ME SOMETHING                  *Required*

Send

132 Hawthorne Street
San Francisco, CA 94107
United States of America

CONTACT US | PRIVACY POLICY 🐦 f | 1. **Home**   2. **About Us**   3. **News**   4. **Work With Us**

*© Automattic Inc., purveyors of fine blogging services since 2005. Thank you for your time.*



Exhibit E

California Secretary of State Debra Bov

Secretary of State    Administration    Elections    **Business Programs**    Political Reform    Archives

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, September 24, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | AUTOMATTIC, INC. |
| **Entity Number:** | C2804985 |
| **Date Filed:** | 10/06/2005 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 132 HAWTHORNE ST |
| **Entity City, State, Zip:** | SAN FRANCISCO CA 94107 |
| **Agent for Service of Process:** | PAUL SIEMINSKI |
| **Agent Address:** | 132 HAWTHORNE ST |
| **Agent City, State, Zip:** | SAN FRANCISCO CA 94107 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers

Copyright © 2013    California Secretary of State

Exhibit F



# Reporting someone to the police – Filing a report

## Reporting a crime to the police

Although you should report any crime to the police as soon as you can, you are under no obligation to do so. You can report a crime at any police station, either verbally or in writing.

### Police stations

Display information now

## How are crimes prosecuted?

| Form of offence | Method of prosecution |
|---|---|
| **Offence prosecuted ex-officio**<br><br>Offences prosecuted ex-officio are normally serious crimes, such as homicide, robbery, arson, or indecent assault. Ex-officio means the authorities will pursue the case irrespective of the wishes of the victim. | • The offence is prosecuted by the authorities (police and / or public prosecutor), even if the victim does not report it.<br>• It is essential that the authorities are aware that the offence has been committed. Anyone can report a crime to the police, even if they have not been personally affected by it. |
| **Offence prosecuted on complaint**<br><br>Offences prosecuted on complaint are normally less serious crimes, such as vandalism, petty theft or common assault. | • The victim must file a criminal complaint with the police.<br>• If no complaint is made, the offence will not be prosecuted. |

## Criminal complaints – useful information

- You can only file a criminal complaint if you are the actual victim of a crime.
- You must file the complaint within three months of the incident.
- You can make the complaint against a specific person or persons or against persons unknown.
- You can withdraw the complaint. But remember: if you have been injured or sustained a loss or damage due to the crime, and you want to claim for this as part of the criminal proceedings (e.g. because you

are not covered by insurance), you have to file a criminal complaint.
- You don't have to have a lawyer. But in complicated cases, it is advisable to consult one.
- You can file a criminal complaint at any police station, either verbally or in writing or you can file a written complaint with the public prosecutor.

# Reporting a crime – useful information:

- Anyone who is aware that a crime has been committed can report it. It is not essential for you to have been personally affected by the crime.
- You can report a crime even if you do not know who committed it.
- You can report a crime at any police station, either verbally or in writing or you can make a written report to the public prosecutor.

# Procedure for a criminal case

Since 2011 the same procedure has been followed in criminal cases in every canton:

- The police investigate what has happened. At the end of the investigation, the public prosecutor's office that has jurisdiction over the case decides whether there is enough evidence to bring charges.
- The public prosecutor is responsible for bringing the case to court and conducting the trial. The accused can provide evidence that he or she is not guilty at any time.
- The judge listens to the evidence, arranges for any additional evidence to be taken and issues a verdict at the end of the trial.
- If you are convicted of a crime, in certain circumstances you can contest the decision by filing an appeal.
- It is worth consulting a lawyer before doing this.
- Anyone who has reported a crime can ask the authorities whether criminal proceedings have been brought or not.

---

# ch.ch also provides information about:

- Police
- Criminal procedure

---

# Feedback

Getting in touch with ch.ch.
A service of the Confederation, cantons and communes

Exhibit G

## Organisation des ministères publics d'arrondissement.

Les ministères publics d'arrondissement sont dirigés administrativement par un 1er procureur et composés de plusieurs procureurs assistés de greffiers et de personnel administratif. La compétence territoriale des ministères publics d'arrondissement s'étend principalement aux affaires pénales dont le for est dans leur arrondissement.

Les limites territoriales des Ministères publics des arrondissements de Lausanne, de l'Est vaudois, de la Côte et du Nord vaudois sont définies par le Conseil d'Etat et sont identiques à celles des tribunaux d'arrondissement.


---------------------------------

Organization of district government ministries.

Government ministries of a district are headed administratively by the First Prosecutor and composed of several other Prosecutors, court clerks, and administrative staff. The jurisdiction of the prosecutorial district covers criminal cases  in the district.

The territorial jurisdiction of the government ministries of the districts of Lausanne, Eastern Vaud Canton, La Côte, and North Vaudois are defined by the State Council and are identical to those of the district courts.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re* Ex Parte Application of

BERTINA JOMMI,

               Petitioner,

For an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery from
Wordpress.com and Automattic, Inc. for
Use in Foreign Proceedings.

Case No.:

**AFFIDAVIT OF
FRANCOIS AVENAS**

I, FRANCOIS AVENAS, hereby certify that I translated the attached document, a description of the Organization of District Government Ministries, from French to English and that, to the best of my ability, it is a true and correct translation. I further certify that I am competent in both French and English to render and certify such translation.

_____
FRANCOIS AVENAS

Sworn to before me this **3⁰** th day of September 2013

_____
Notary Public



Site officiel ...  >  Autorités  >  Ministère public  >  Organisation



# Organisation

## Organisation du Ministère public central

Le Ministère public central comprend une direction administrative chargée d'assister le Procureur général dans la gestion de l'ensemble du Ministère public.

Il appartient au Procureur général de définir par voie de directives les attributions du Ministère public central ainsi que de contrôler certaines ordonnances rendues par les procureurs d'arrondissement (non-entrée en matière, classement, suspension et ordonnance pénale).
En outre, le Ministère public central est seul compétent en matière d'entraide judiciaire et de fixation de for.

Le Ministère public central est organisé en deux divisions, ayant chacune à leur tête un procureur général adjoint dont l'un est le suppléant du procureur général :

- Division "affaires spéciales, contrôle et mineurs"
- Division "entraide, criminalité économique et informatique"

Est également rattaché au Ministère public central un procureur d'arrondissement itinérant exerçant son activité pour plusieurs ministères publics d'arrondissement.

## Organisation des ministères publics d'arrondissement.

Les ministères publics d'arrondissement sont dirigés administrativement par un 1er procureur et composés de plusieurs procureurs assistés de greffiers et de personnel administratif. La compétence territoriale des ministères publics d'arrondissement s'étend principalement aux affaires pénales dont le for est dans leur arrondissement.

Les limites territoriales des Ministères publics des arrondissements de Lausanne, de l'Est vaudois, de la Côte et du Nord vaudois sont définies par le Conseil d'Etat et sont identiques à celles des tribunaux d'arrondissement.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -